1

2

05-CV-02132-ORD

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

CHE KEUNG LING,                          )
9                                        )
                    Petitioner,          )        CASE NO.    C05-2132-JLR-MJB
10                                       )                    (CR98-220-BJR)
          v.                             )
11                                       )
UNITED STATES OF AMERICA,                )        ORDER DISMISSING MOTION
12                                       )        UNDER 28 U.S.C. § 2255
                    Respondent.          )
13 _____ )

14          The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of

15  Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find

16  and Order:

17          (1)     The Court adopts the Report and Recommendation.

18          (2)     Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C.

19                  § 2255 (Dkt. No. 1) is DISMISSED.

20          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

21                  respondent, and to Judge Benton.

22          DATED this 14th day of _____July_____, 2006.

23

24

          JAMES L. ROBART
25        United States District Judge

26  ORDER DISMISSING § 2255 MOTION